■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEVERO VILLODA-TROCHE, Appellant. [828 NYS2d 226]—Appeal from a judgment of the Livingston County Court (Ronald A. Cicoria, J.), rendered September 28, 2004. The judgment convicted defendant, upon a jury verdict, of robbery in the first degree, burglary in the first degree and tampering with a witness in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Martoche, Centra, Fahey and Pine, JJ.